UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALICE ROBERTS, KEVIN HALES, ) <br> CHRISTY MILLSAP and TIM MILLSAP, ) <br> Individually And On Behalf Of All Other ) <br> Natural Persons Similarly Situated, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> BJC HEALTH SYSTEM, ) <br> d/b/a BJC HEALTHCARE, et al., ) <br> ) <br> Defendant(s). ) | Case No. 4:04CV1556 JCH |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiffs' Class Action Petition is **DISMISSED** without prejudice.

Dated this  16th   day of March, 2005.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com