UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALICE ROBERTS, KEVIN HALES, ) <br> CHRISTY MILLSAP and TIM MILLSAP, ) <br> Individually And On Behalf Of All Other ) <br> Natural Persons Similarly Situated, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> BJC HEALTH SYSTEM, ) <br> d/b/a BJC HEALTHCARE, et al., ) <br> ) <br> Defendant(s). ) | Case No. 4:04CV1556 JCH |

## ORDER OF REMAND

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the Circuit Court of the City of St. Louis, State of Missouri.

Dated this 4th day of May, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com